UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. |
| **RICHARD EDWARD HUNT** | **18-10802** |
| | SECTION A |
| ALLEGED DEBTOR | INVOLUNTARY CHAPTER 7 |

### REASONS FOR DECISION

The matter before the Court is the Motion to Reopen filed by Richard Edward Hunt ("Hunt.")[1] and the Response by Issis R. Elwin ("Elwin").[2]

I. Facts

On March 30, 2018, Elwin filed an Involuntary Petition[3] under Chapter 7 of the Bankruptcy Code naming Hunt as the alleged debtor.

On May 14, 2018, the Court dismissed the case on the basis that Elwin did not meet the statutory requirements under 11 U.S.C. § 303 to institute an involuntary proceeding as a petitioning creditor and denied punitive damages.[4]

The Court denied Elwin's Motion for New Trial or to Alter or Amend Order on July 25, 2018.[5]

On appeal by Elwin, the United States District Court affirmed this Court's ruling.[6]

---

[1] P-40.

[2] P-41.

[3] P-1.

[4] P-17.

[5] P-22.

[6] Case 18-cv-07237, P-9.

Elwin's appeal to the Fifth Circuit is pending.[7]

Hunt filed a Motion to Reopen on June 6, 2018.

## II. Law and Analysis

Section 350(b) provides that "[a] case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause."

Hunt's Motion to Reopen is completely at odds with Hunt's original position that the involuntary bankruptcy case be dismissed. Hunt's motion does not indicate that he wishes the case be reopened so he can be a debtor in bankruptcy. Instead, he wishes to bring allegations that Elwin's representations to this Court were dishonest.

Most of the alleged dishonest representations were made in state court and are beyond the jurisdictional reach of this Court.

Hunt contends that Elwin misrepresented his address to this Court. Hunt's address was not essential to this Court's ruling that Elwin did not meet the statutory requirements under 11 U.S.C. § 303 to institute an involuntary proceeding as a petitioning creditor. Also, this Court lacks jurisdiction because the matter is currently pending on appeal before the Fifth Circuit.[8]

## III. Conclusion

For the reason assigned above, this Court will deny the Motion to Reopen. A separate Order will be entered in accord with this Decision.

New Orleans, Louisiana, June 26, 2019.

                                                    Hon. Elizabeth W. Magner
                                                  U.S. Bankruptcy Judge

---

[7] Case 19-30201.

[8] *Lopez v. Gulf Coast Marine & Assoc., Inc.*, 607 F.3d 1066, 1073 (5th Cir. 2010).